David Seror
Trustee in Bankruptcy
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone: (818) 827-9000

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

In re:

GETCHIUS, RONETTE

Debtor

)
) Chapter 7
) Case No: 13-16053 MB
)
)
)
) NOTICE OF UNCLAIMED FUNDS
) (UNDER F.R.B.P. 3011)
)
) [NO HEARING REQUIRED]
)
)
)

**NOTICE OF UNCLAIMED FUNDS**

TO THE CLERK, U.S. BANKRUPTCY COURT:

Please find attached hereto check(s) No. 1004 in the sum of $ 50,653.89 representing the total amount of unclaimed dividend(s) in the above-entitled estate which will create a zero balance in the bank account. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. The name(s) and address(es) of the claimants entitled to said unclaimed dividend(s) is (are) as follows:

| Claim No | Name & Address of Claimant | Amount of Allowed Claim | Amount of Dividend |
|---|---|---|---|
| Homestead Exemption | Ronette Getchius<br>2738 Navajo St.<br>Ventura, CA. 93001 | $ 146,123.72 | $ 50,653.89 |

Date: February 4, 2020            /s/ DAVID SEROR
                                  Chapter 7 Trustee